Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MCarias@shookandstone.com

Attorneys for Plaintiff Susan Yates

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN YATES, | Case No.: 2:21-cv-01511-DJA |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | (FIRST REQUEST) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Susan Yates and Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from August 20, 2022 to September 19, 2022, for Plaintiff to send her Motion for Remand/Reversal with all other dates in the

-1-

Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. In the week leading into the due date of this motion, Counsel was required to attend two emergency ex parte hearings in a state court matter. The nature of that matter required legal research and briefing on a tight schedule which impacted Counsel's schedule in this, and other cases. The short notice of the ex parte hearings and briefing made requesting an earlier extension difficult. Counsel apologizes for any inconvenience this request has on the Court and its staff.

DATE: September 1, 2022   Respectfully submitted,

          LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

        /s/ *Cyrus Safa*
    BY: _____
        Cyrus Safa
        Attorney for plaintiff Susan Yates

DATE: September 1, 2022   JASON M. FRIERSON
             United States Attorney


        /s/ Christopher Vieira
    BY: _____
       CHRISTOPHER VIEIRA
       Special Assistant United States Attorney
       *authorized by e-mail|

**IT IS SO ORDERED**.

DATED: September 12, 2022

          _____
         DANIEL J. ALBREGTS
         UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:21-CV-01511-DJA

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 9, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff
_____

-3-